Case 24-21753-GLT    Doc 13    Filed 08/05/24    Entered 08/05/24 22:57:30    Desc Main
Document    Page 1 of 4
In re: Joseph F. Francesconi
Bankr. no: 24-21753-GLT
5:32
earnstatement_20240801    Done

| Earnings Statement | | | | | FRANCESCONI, JOSEPH F | |
|---|---|---|---|---|---|---|
| Pay Date: | 08/01/2024 | Company: 13W38 - CASPER COLOSIMO & SON INC | | | Emp #: A01P | |
| Period Start: | 07/21/2024 | 5170 CAMPBELLS RUN RD | | | Dept: 14PA - PA SUPERVISION OVERHEAD | |
| Period End: | 07/27/2024 | PITTSBURGH  PA  15205 | | | Pay Basis: Hourly | |

| | | Rate | Hours / Units | Current Period | Year To Date |
|---|---|---|---|---|---|
| **Earnings** | | | | | |
| Regular | | 30.49 | 37.00 | 1128.13 | 35570.59 |
| Overtime | | 45.74 | 0.50 | 22.87 | 5396.82 |
| Holiday | | 0.00 | 0.00 | 0.00 | 243.92 |
| Minimum Hours | | 30.49 | 0.00 | 0.00 | 686.03 |
| Vacation | | 30.49 | 8.00 | 243.92 | 243.92 |
| Bonus | | | | 0.00 | 5000.00 |
| | Gross | | 45.50 | 1394.92 | 47141.28 |
| **W/H Taxes** | | | | | |
| Federal W/H(S/0) | | | | 186.36 | 6421.59 |
| Medicare | | | | 20.23 | 683.55 |
| Social Security | | | | 86.49 | 2922.76 |
| Penn. State W/H(S/0) | | | | 42.82 | 1447.16 |
| 731004,ROBINSON TWP/MONTOUR | | | | 13.95 | 471.38 |
| LST 731004,ROBINSON TWP/MONTOUR | | | | 1.00 | 30.00 |
| Pennsylvania UI/HC/WF | | | | 0.98 | 32.94 |
| **Deductions** | | | | | |
| Employee Advances | | | | 0.00 | 4500.00 |
| | Net Pay | | | 1043.09 | 30631.90  Voucher No. 581000203DD |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | | 1043.09 | 30631.90 A/C:9303 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Unpaid Time Off Hours ** | | 0.00 | 16.00 | -16.00 |

**Accruals balances are accurate as of processing 07/30/2024 11:07 am




earnstatement_20240725   Done

FRANCESCONI, JOSEPH F

| | | | | |
|---|---|---|---|---|
| Period Start: | 07/14/2024 | Company: 13W38 - CASPER COLOSIMO & SON INC | | Emp #: A01P |
| Period End: | 07/20/2024 | 5170 CAMPBELLS RUN RD | Dept: 14PA - PA SUPERVISION OVERHEAD | |
| | | PITTSBURGH PA 15205 | | Pay Basis: Hourly |

| | Rate | Hours / Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 30.49 | 40.00 | 1219.60 | 34442.46 |
| Overtime | 45.74 | 4.50 | 205.81 | 5373.95 |
| Holiday | 0.00 | 0.00 | 0.00 | 243.92 |
| Minimum Hours | 30.49 | 0.00 | 0.00 | 686.03 |
| Bonus | | | 0.00 | 5000.00 |
| **Gross** | | 44.50 | 1425.41 | 45746.36 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 193.07 | 6235.23 |
| Medicare | | | 20.67 | 663.32 |
| Social Security | | | 88.37 | 2836.27 |
| Penn. State W/H(S/0) | | | 43.76 | 1404.34 |
| 731004,ROBINSON TWP/MONTOUR | | | 14.25 | 457.43 |
| LST 731004,ROBINSON TWP/MONTOUR | | | 1.00 | 29.00 |
| Pennsylvania UI/HC/WF | | | 1.00 | 31.96 |
| **Deductions** | | | | |
| Employee Advances | | | 0.00 | 4500.00 |
| **Net Pay** | | | 1063.29 | 29588.81 Voucher No. 579083103DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 1063.29 | 29588.81 A/C:9303 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Unpaid Time Off Hours ** | | 0.00 | 8.00 | -8.00 |

**Accruals balances are accurate as of processing 07/23/2024 10:32 am

earnstatement_20240718    Done

| Earnings Statement | | | | | FRANCESCONI, JOSEPH F |
|---|---|---|---|---|---|
| Pay Date: | 07/18/2024 | Company: 13W38 - CASPER COLOSIMO & SON INC | | | Emp #: A01P |
| Period Start: | 07/07/2024 | 5170 CAMPBELLS RUN RD | | Dept: 14PA - PA SUPERVISION OVERHEAD | |
| Period End: | 07/13/2024 | PITTSBURGH PA 15205 | | | Pay Basis: Hourly |

| | Rate | Hours / Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 30.49 | 32.00 | 975.68 | 33222.86 |
| Overtime | 0.00 | 0.00 | 0.00 | 5168.14 |
| Holiday | 0.00 | 0.00 | 0.00 | 243.92 |
| Minimum Hours | 30.49 | 8.00 | 243.92 | 686.03 |
| Unpaid Time Off | 0.00 | 8.00 | 0.00 | 0.00 |
| Bonus | | | 0.00 | 5000.00 |
| **Gross** | | 48.00 | 1219.60 | 44320.95 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 147.79 | 6042.16 |
| Medicare | | | 17.68 | 642.65 |
| Social Security | | | 75.62 | 2747.90 |
| Penn. State W/H(S/0) | | | 37.44 | 1360.58 |
| 731004,ROBINSON TWP/MONTOUR | | | 12.20 | 443.18 |
| LST 731004,ROBINSON TWP/MONTOUR | | | 1.00 | 28.00 |
| Pennsylvania UI/HC/WF | | | 0.85 | 30.96 |
| **Deductions** | | | | |
| Employee Advances | | | 0.00 | 4500.00 |
| **Net Pay** | | | 927.02 | 28525.52  Voucher No. 577386054DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 927.02 | 28525.52 A/C:9303 |

| Employee Benefits, Allowances, and Other | Current Period | Year To Date | YTD Taken | Available |
|---|---|---|---|---|
| Unpaid Time Off Hours ** | | 0.00 | 8.00 | -8.00 |

**Accruals balances are accurate as of processing 07/16/2024 11:48 am

earnstatement_20240711    Done

| Earnings Statement | | | | | FRANCESCONI, JOSEPH F |
|---|---|---|---|---|---|
| Pay Date: | 07/11/2024 | Company: 13W38 - CASPER COLOSIMO & SON INC | | | Emp #: A01P |
| Period Start: | 06/30/2024 | 5170 CAMPBELLS RUN RD | | Dept: 14PA - PA SUPERVISION OVERHEAD | |
| Period End: | 07/06/2024 | PITTSBURGH PA 15205 | | | Pay Basis: Hourly |

| | Rate | Hours / Units | Current Period | Year To Date |
|---|---|---|---|---|
| **Earnings** | | | | |
| Regular | 30.49 | 25.63 | 781.46 | 32247.18 |
| Overtime | 0.00 | 0.00 | 0.00 | 5168.14 |
| Holiday | 0.00 | 0.00 | 0.00 | 243.92 |
| Minimum Hours | 30.49 | 14.50 | 442.11 | 442.11 |
| Bonus | | | 0.00 | 5000.00 |
| **Gross** | | 40.13 | 1223.57 | 43101.35 |
| **W/H Taxes** | | | | |
| Federal W/H(S/0) | | | 148.67 | 5894.37 |
| Medicare | | | 17.74 | 624.97 |
| Social Security | | | 75.86 | 2672.28 |
| Penn. State W/H(S/0) | | | 37.56 | 1323.14 |
| 731004,ROBINSON TWP/MONTOUR | | | 12.24 | 430.98 |
| LST 731004,ROBINSON TWP/MONTOUR | | | 1.00 | 27.00 |
| Pennsylvania UI/HC/WF | | | 0.86 | 30.11 |
| **Deductions** | | | | |
| Employee Advances | | | 0.00 | 4500.00 |
| **Net Pay** | | | 929.64 | 27598.50 Voucher No. 575526996DD |
| **Net Pay Distribution** | | | | |
| Direct Deposit Net Check | | | 929.64 | 27598.50 A/C:9303 |

---

Voucher No. 575526996DD

CASPER COLOSIMO & SON INC

DATE: 07/11/2024

Dept: 14PA

**Net Pay:**                                                                                     929.64

Nine Hundred Twenty Nine And 64/100 Dollars

FRANCESCONI, JOSEPH F
332 LINCOLN DRIVE                                                  **For Record Purposes Only**
PITTSBURGH, PA  15241                                                **NON-NEGOTIABLE**