**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH F. FRANCESCONI, ) | Bankr. No 24-21753GLT |
|     Debtor ) | |
| ) | Chapter 13 |
| JOSEPH F. FRANCESCONI, ) | |
|     Movant, ) | Motion No. ■ WO-1 |
| ) | Motion No. ☐ WO-2 |
|     v. ) | |
| ) | |
| CASPER COLOSIMO AND SONS, INC., ) | |
|     Respondent ) | |

### CERTIFICATE OF SERVICE

I, Stanley A. Kirshenbaum, certify under penalty of perjury that I served the above captioned Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following party at the address shown below on August 26, 2024 by First Class Mail:

    Casper Colosimo & Son, Inc.
    Attn: Payroll
    5170 Campbells Run Rd.
    Pittsburgh, PA 15205

EXECUTED ON: August 26, 2024

    /s/ Stanley A. Kirshenbaum
    Stanley A. Kirshenbaum
    Pa. ID. No. 43701
    P.O. Box 8150
    Pittsburgh, PA  15217
    (412) 261-5107
    SAK@SAKLAW.COM
    Counsel for Movant