**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JOSEPH F. FRANCESCONI, ) | Bankr. No 24-21753GLT |
|     Debtor ) | |
| ) | Chapter 13 |
| JOSEPH F. FRANCESCONI, ) | |
|     Movant, ) | Motion No. ■ WO-1 |
| ) | Motion No. ☐ WO-2 |
| v. ) | |
| ) | |
| CASPER COLOSIMO AND SONS, INC., ) | |
|     Respondent ) | |

**CERTIFICATE OF SERVICE**

I, Stanley A. Kirshenbaum, certify under penalty of perjury that I served the above captioned Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following party at the address shown below on September 27, 2024 by First Class Mail:

    Casper Colosimo & Son, Inc.
    Attn: Payroll
    5170 Campbells Run Rd.
    Pittsburgh, PA 15205

EXECUTED ON: September 27, 2024

                                      /s/ Stanley A. Kirshenbaum
                                      Stanley A. Kirshenbaum
                                      Pa. ID. No. 43701
                                      P.O. Box 8150
                                      Pittsburgh, PA  15217
                                      (412) 261-5107
                                      SAK@SAKLAW.COM
                                      Counsel for Movant