**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/4/24 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: | Chapter 13 |
| Joseph F. Francesconi, | Case No.: 24-21753-GLT |
| Debtor. | Related Dkt. No. 30 |
| Peters Township School District | |
| Movant, | |
| v. | |
| Joseph F. Francesconi, | |
| Respondent. | |

## WITHDRAWAL OF PROOF OF CLAIM #11-1

AND NOW, comes Peters Township School District by and through its Counsel, Richard A. Monti, Esquire and GRB Law, and hereby files its withdrawal of Proof of Claim #11-1 filed on behalf of Peters Township School District on August 16, 2024, in the amount of $3,513.07 for real estate taxes for 2024. The within proof of claim is being withdrawn as the real estate taxes were paid through an escrow account. In the event that said real estate taxes are not paid in full, Peters Township School District reserves the right to file another proof of claim for all such unpaid real estate taxes.

Dated:   September 23, 2024

Respectfully Submitted,

GRB Law,

So ORDERED this 4th day of October 2024

_____
GREGORY TADDONIO   hct
CHIEF UNITED STATES BANKRUPTCY JUDGE

**/s/ Richard A. Monti**
**Richard A. Monti, Esquire**
**Pa I.D. No. 326414**
**525 William Penn Place**
**Suite 3110**
**Pittsburgh, PA 15219**
**412-281-0587**
**RMonti@grblaw.com**
**Attorney for Movant**

2214472.2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21753-GLT |
| Joseph F. Francesconi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph F. Francesconi, 332 Lincoln Dr., Pittsburgh, PA 15241-1904 |
| cr | + | Peters Township School District, c/o Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor NATIONSTAR MORTGAGE LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Peters Township School District rmonti@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stanley A. Kirshenbaum | on behalf of Debtor Joseph F. Francesconi SAK@SAKLAW.COM |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Oct 04, 2024 Form ID: pdf900 Total Noticed: 2
TOTAL: 5