**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| JOSEPH F. FRANCESCONI,  ) | Bankr. No  24-21753GLT |
|   Debtor  ) | |
| ) | Chapter 13 |
| JOSEPH F. FRANCESCONI,  ) | |
|   Movant,  ) | Motion No. ■ WO-1 |
| ) | Motion No. ☐ WO-2 |
|   v.  ) | |
| ) | |
| CASPER COLOSIMO AND SONS, INC.,  ) | |
|   Respondent  ) | |

## CERTIFICATE OF SERVICE

I, Stanley A. Kirshenbaum, certify under penalty of perjury that I served the above captioned Order to Pay Trustee Pursuant to Wage Attachment and the Notification of Debtor's Social Security Number on the following party at the address shown below on December 18, 2024 by First Class Mail:

Casper Colosimo & Son, Inc.
Attn: Payroll
5170 Campbells Run Rd.
Pittsburgh, PA 15205

EXECUTED ON: December 18, 2024

/s/ Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. ID. No. 43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM
Counsel for Movant