UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | Bankr. No. 24-21753GLT |
| JOSEPH F. FRANCESCONI, ) | |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Document no. |
| NATIONSTAR MORTGAGE, ) | |
| ) | Claim no. 15 |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| JOSEPH F. FRANCESCONI ) | |
| ) | |
| Respondent ) | |

**DECLARATION PURSUANT TO L.R. BANKR. P. 3002-4 (b)(2)**

I, Stanley A. Kirshenbaum, counsel for the debtor(s) in the above-captioned case, hereby certify that the current plan payment is sufficient to pay the mortgage payment pursuant to the Notice of Mortgage Payment Change dated June 27, 2025.

By:   /s/ Stanley A. Kirshenbaum
Stanley A. Kirshenbaum
Pa. ID. No. 43701
P.O. Box 8150
Pittsburgh, PA  15217
(412) 261-5107
SAK@SAKLAW.COM
Attorney for Debtor